**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ron Ellis Young,<br><br>  Plaintiff,<br><br>v.<br><br>Ridge Halenar, *et al.*,<br><br>  Defendants. | No. CV-24-03286-PHX-JJT (ESW)<br><br>**ORDER** |

At issue is Judge Willett's Report & Recommendation (Doc. 51, "R&R") addressing the last remaining Defendants in this matter, who were unknown parties. The Court had dismissed all named Defendants as of August 13, 2025. As Judge Willett notes in the R&R, the Court directed Plaintiff to show cause why what remained of the case should not be dismissed because Plaintiff had not identified the unnamed parties. Plaintiff has not responded to the show cause order. Thus, Judge Willett's recommendation is well-taken and the Court will adopt it. Moreover, pursuant to *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003), Judge Willett warned in the R&R that if a party did not file any objection to the recommendations in it within 14 days, the court could accept the R&R without further review. (R&R at 2.) The R&R was entered on September 23, 2025 and more than 30 days have passed without an objection by any party.

. . .

. . .

**IT IS ORDERED** adopting the R&R (Doc. 51) and dismissing this matter without prejudice for failure to prosecute.

**IT IS FURTHER ORDERED** directing the Clerk of Court to close this matter upon entry of judgment.

Dated this 24th day of October, 2025.

_____
Honorable John J. Tuchi
United States District Judge